UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM T. STAIGER, )<br> )<br> Plaintiff(s), )<br> )<br>vs. )<br> )<br>MICHAEL J. ASTRUE[1], )<br>Commissioner of Social Security, )<br> )<br> Defendant(s). ) | Case No. 2:06CV30 JCH<br>                    (DDN) |

## JUDGMENT AND ORDER OF REMAND

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is reversed and remanded to the Commissioner.

Dated this <u>29th</u> day of August, 2007.

                    /s/ Jean C. Hamilton
                    UNITED STATES DISTRICT JUDGE

---

[1] In accordance with the Order entered this day, Michael J. Astrue has been substituted for Former Commissioner Jo Anne B. Barnhart, as proper party defendant in this cause.